AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Shannon Ankarlo, individually and as representative of the class
        Plaintiff,

V.

Wells Fargo Bank, N.A.

        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-cv-1063 PAM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned matter is dismissed with prejudice, in its entirety, and each party to bear its own costs.

| October 25, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ Katie Thompson |
| | (By)  Katie Thompson   Deputy Clerk |